IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WEATHERFORD TECHNOLOGY HOLDINGS, LLC, WEATHERFORD U.S., L.P., | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:17-CV-00456-JRG |
| Plaintiffs, | | |
| v. | | |
| TESCO CORPORATION, TESCO CORPORATION (US), TESCO OFFSHORE SERVICES, INC., | | |
| Defendants. | | |

## ORDER

The Court issues this Order *sua sponte*. On April 12, 2018, Plaintiffs filed their Motion to Compel Document Production and Supplemental Interrogatory Responses. (Dkt. No. 40.) The Court is of the opinion that expedited briefing is appropriate. Accordingly, it is hereby **ORDERED** that Defendants shall submit a response by April 20, 2018.

So ORDERED and SIGNED this 13th day of April, 2018.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE