IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WEATHERFORD TECHNOLOGY HOLDINGS, LLC and WEATHERFORD U.S., L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>TESCO CORPORATION, TESCO CORPORATION (US), AND TESCO OFFSHORE SERVICES, INC.<br><br>Defendants. | Civil Action No. 2:17-cv-456<br><br>Jury Trial Requested |

## ORDER GRANTING WEATHERFORD'S MOTION TO COMPEL DOCUMENT PRODUCTION AND SUPPLEMENTAL INTERROGATORY RESPONSES

Before the Court is Plaintiffs Weatherford Technology Holdings, LLC and Weatherford U.S. L.P.'s (collectively, "Weatherford") Motion to Compel Document Production and Supplemental Interrogatory Responses. Having considered the arguments therein, the Court **GRANTS** the Motion.

The Tesco Defendants are **ORDERED** to, no later than one week of this Order, (1) comply with the Discovery Order ¶ 3; (2) produce at least the documents identified in Weatherford's December 11, 2017 Initial Production Request; (3) supplement Tesco's responses to Interrogatory Nos. 1, 2, 3, 5, and 6 and verify all interrogatory responses.