**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WEATHERFORD TECHNOLOGY HOLDINGS, LLC and WEATHERFORD U.S., L.P.,<br>   *Plaintiffs,*<br>v.<br>TESCO CORPORATION, TESCO CORPORATION (US), AND TESCO OFFSHORE SERVICES, INC.<br>   *Defendants.* | CIVIL ACTION NO. 2:17-cv-00456-JRG<br><br>JURY TRIAL DEMANDED |

## **DEFENDANT TESCO'S SUBMISSION OF PROPOSED FINAL JURY MATERIALS**

Defendant Tesco respectfully submits it proposed final materials for the jury. Attached as Exhibit A is Tesco's proposed final jury instructions and attached as Exhibit B is Tesco's proposed jury verdict form. Tesco further encloses as Exhibits C – H the materials Tesco relied on to create its proposed final jury instructions.[1]

---

[1] These exhibits are: Exhibit C – FCBA Model Jury Charge; Exhibit D – Honorable Judge Gilstrap's Final Jury Instructions in Case No. 2:17-cv-123 (August 25, 2018), Exhibit E – Honorable Judge Gilstrap's Jury Charge in Case No. 2:15-cv-351 (March 24, 2017)(excerpts), Exhibit F – Honorable Judge Gilstrap's Jury Charge in Case No. 2:15-cv-1528 (March 10, 2017)(excerpts), Exhibit F – Honorable Judge Gilstrap's Jury Charge in Case No. 2:15-cv-1528 (March 10, 2017)(excerpts), Exhibit G – Honorable Judge Gilstrap's Jury Charge in Case No. 2:13-cv-1015 (June 9, 2017)(excerpts); and Exhibit H - Honorable Judge Gilstrap's Jury Charge in Case No. 6:12-cv-100 (March 16, 2015)(excerpts).

Date: December 4, 2018

        Respectfully submitted,

        **RALEY & BOWICK, LLP**

        */s/ John Wesley Raley*
        John Wesley Raley (lead counsel)
        Robert M. Bowick
        Bradford T. Laney
        RALEY & BOWICK, LLP
        1800 Augusta Drive, Suite 300
        Houston, Texas 77057
        713-429-8050 (telephone)
        713-429-8045 (facsimile)
        rbowick@raleybowick.com
        jraley@raleybowick.com
        blaney@raleybowick.com

        **ATTORNEYS FOR DEFENDANTS**
        **TESCO CORPORATION,**
        **TESCO CORPORATION (US), AND**
        **TESCO OFFSHORE SERVICES, INC.**

## CERTIFICATE OF SERVICE

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 4, 2018. Any other counsel of record who has not consented to electric service will be served via facsimile transmission and/or first class certified mail, return receipt requested.

        */s/ Robert M. Bowick*
        **Robert M. Bowick**