# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WEATHERFORD TECHNOLOGY HOLDINGS, LLC and WEATHERFORD U.S., L.P.,<br>    *Plaintiffs,*<br>v.<br>TESCO CORPORATION, TESCO CORPORATION (US), AND TESCO OFFSHORE SERVICES, INC.<br>    *Defendants.* | CIVIL ACTION NO. 2:17-cv-00456-JRG<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' TRIAL EXHIBIT LIST

| **PRESIDING JUDGE**<br>Hon. J. Rodney Gilstrap | **PLAINTIFFS' ATTORNEY**<br>Leslie V. Payne | **DEFENDANTS' ATTORNEY**<br>John Wesley Raley |
|---|---|---|
| **TRIAL DATE(S)**<br>12/03/2018 – 12/07/2018 | **COURT REPORTER**<br>Shelley Holmes | **COURTROOM DEPUTY**<br>Jan Lockhart |

| DEF. NO. | PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| DX-1 | | 12/4/18 | | 12/4/18 | U.S. Patent No. 6,920,931 to Webre (TES000094-TES000106) |
| DX-4 | | 12/5/18 | | 12/5/18 | Photograph of Tesco Multiple Control Line Running System (MCLRS) (TES010114) |
| DX-5 | | 12/4/18 | | 12/4/18 | Tesco brochure of Multiple Control Line Running System (MCLRS) (TES010113) |
| DX-7 | | 12/4/18 | | 12/4/18 | Photograph of Frank's telescoping boom pusher arm (WFT-TES_ 00000361) |
| DX-8 | | | | | U.S. Patent Publication No. US 2016/0123094 to Weatherford (Depo. Ex. 75) |
| DX-9 | | | | | U.S. Patent No. 7,043,814 to Hollingsworth (Depo. Ex. 76) |
| DX-10 | PX-3 | | | | File History of U.S. Patent No. 7,249,637 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX-11 | Within PX-20 | 12/4/18 | | 12/4/18 | 10-31-2003 Email from Mike Hayes with attached PowerPoint slides (WFT-TES_00000360-362, WFT-TES__0000366) |
| DX-12 | | | | | Weatherford PPT Presentation entitled *Control Line Manipulating Arm* (1-15-2014) (WFT-TES_00001011-1028) |
| DX-15 | | | | | U.S. Patent No. 3,883,009 to Swoboda (Rodgers' 8-06-2018 Report) |
| DX-27 | PX-219 | 12/3/2018 | | 12/3/18 | Weatherford U.S. Exclusive License (WFT-TES_00026504-26511) |
| DX-28 | | 12/5/18 | | 12/5/18 | Tesco/Weatherford Settlement (TES010124-TES010138) |
| DX-29 | | | | | Settlement Agreement Points (WFT-TES_00043767-43773) |
| DX-30 | | | | | Weatherford/Frank's License (WFT-TES_00046800-46809) |
| DX-32 | | | | | Notice Letter to Besco (WFT-TES_00026448-26479) |
| DX-33 | | | | | Notice Letter to IronGate (WFT-TES_00026480-26502) |
| DX-34 | | | | | Notice Letter to Baker Hughes (WFT-TES_00026428-26447) |
| DX-36 | | | | | Nabors Invoice to BP Amaco dated 03/09/2017 (TES000793 - TES000799) |
| DX-37 | | | | | Nabors Invoice to BP Amaco dated 04/28/2017 (TES000808 - TES000813) |
| DX-38 | | | | | NDS/TOSL Market Share, Tender Timeline & Utilization (TES010140-TES010145) |
| DX-39 | | | | | Weatherford Log of Jobs Lost  (Depo Ex. 45) |
| DX-41 | | | | | Tesco's Automated Tong Cart Brochure with A-Frame Control Line Running System (TES005642) |
| DX-42 | | 12/5/18 | | 12/5/18 | Photograph of TOSL's A-Frame Control Line Running System (TES005643) |
| DX-43 | | 12/4/18 | | 12/4/18 | TOSL's A-Frame Control Line Running System (TES010148) |

| | | | | | |
|---|---|---|---|---|---|
| DX-44 | | 12/5/18 | | 12/5/18 | TOSL's Tong Manipulating System (TMS) (TES011802) |
| DX-45 | | | | | TOSL's Tong Automated Position System (TES012445) |
| DX-49 | | | | | U.S. Patent No. 6,263,987 (Schedule B of Weatherford License (TES010138)) |
| DX-50 | | 12/5/18 | | 12/5/18 | U.S. Patent No. 6,742,596 to Haugen (TES000023-38; Schedule B of Weatherford License (TES010138)) |
| DX-51 | | | | | U.S. Patent No. 6,938,697 (Schedule B of Weatherford License (TES010138)) |
| DX-52 | | | | | U.S. Patent No. 7,073,598 (Schedule B of Weatherford License (TES010138)) |
| DX-53 | | | | | U.S. Patent No. 7,281,587 (Schedule B of Weatherford License (TES010138)) |
| DX-54 | | 12/5/18 | | 12/5/18 | U.S. Patent No. 6,527,047 (TES000343-355; Schedule B of Weatherford License (TES010138)) |
| DX-55 | | | | | U.S. Patent No. 6,622,796 (Schedule B of Weatherford License (TES010138)) |
| DX-56 | | | | | U.S. Patent No. 7,219,744 (Schedule B of Weatherford License (TES010138)) |
| DX-57 | | | | | Article Entitled *A Holistic Choice,* by Paul Meeks (TES010370-10372) |