# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WEATHERFORD TECHNOLOGY HOLDINGS, LLC, WEATHERFORD U.S., L.P., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:17-CV-00456-JRG |
| TESCO OFFSHORE SERVICES, INC., TESCO OFFSHORE SERVICES LLC, | § § § § | |
| Defendants. | § § | |

## ORDER

The Court issues this Order *sua sponte*. On December 6, 2018, the Parties represented to the Court that the above-captioned case had settled in its entirety. Accordingly, it is **ORDERED** that all unreached deadlines contained in the Court's Docket Control Order are stayed as to all parties until March 31, 2019, during which time final dismissal papers shall be jointly submitted to the Court for entry.

**So Ordered this**
**Dec 12, 2018**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE