**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **WEATHERFORD TECHNOLOGY HOLDINGS, LLC** and **WEATHERFORD U.S., L.P.** § § § § | |
| **Plaintiffs,** § § | |
| § | **CIVIL ACTION NO. 2:17-CV-456** |
| v. § § | |
| **TESCO OFFSHORE SERVICES, INC.** and **TESCO OFFSHORE SERVICES LLC,** § § § § § | **JURY TRIAL REQUESTED** |
| **Defendants.** § § | |

## JOINT MOTION TO DISMISS

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendants hereby jointly dismiss all claims and counterclaims in this action WITH PREJUDICE. By agreement of the parties, no party shall seek or recover attorneys' fees or costs from any other party.

A proposed Order is attached.

| | |
|---|---|
| Dated: March 31, 2019 | Respectfully submitted on behalf of the parties,<br>*/s/ Christopher M. First*<br>Leslie V. Payne<br>TX State Bar No. 00784736<br>lpayne@hpcllp.com<br>Douglas R. Wilson<br>TX State Bar No. 24037719<br>dwilson@hpcllp.com<br>J. Boone Baxter<br>TX State Bar No. 24087150<br>bbaxter@hpcllp.com<br>Christopher M. First<br>TX State Bar No. 24095112<br>cfirst@hpcllp.com<br><br>**HEIM, PAYNE & CHORUSH, LLP**<br>1111 Bagby St. Ste. 2100<br>Houston, Texas 77002<br>Telephone: (713) 221-2000<br>Facsimile: (713) 221-2021<br><br>**ATTORNEYS FOR PLAINTIFFS, SUBMITTING ON BEHALF OF THE PARTIES** |

### CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record are being served with a copy of this document by email on March 31, 2019.

*/s/ Christopher M. First*
Christopher M. First