IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **WEATHERFORD TECHNOLOGY HOLDINGS, LLC** and **WEATHERFORD U.S., L.P.** | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | **CIVIL ACTION NO. 2:17-CV-456** |
| **TESCO OFFSHORE SERVICES, INC.** and **TESCO OFFSHORE SERVICES LLC,** | § § § § | **JURY TRIAL REQUESTED** |
| **Defendants.** | § § § | |

## ORDER OF DISMISSAL

Having received and reviewed the parties' JOINT MOTION TO DISMISS, the Court ORDERS that all claims and counterclaims in this action are dismissed WITH PREJUDICE. No party may seek or recover attorney's fees or costs from any other party.