# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **WEATHERFORD TECHNOLOGY HOLDINGS, LLC, WEATHERFORD U.S., L.P.,** § § § § | |
| **Plaintiffs,** § § | |
| v. § | **CIVIL ACTION NO. 2:17-CV-00456-JRG** |
| § § | |
| **TESCO OFFSHORE SERVICES, INC., TESCO OFFSHORE SERVICES LLC,** § § § | |
| **Defendants.** § § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss. (Dkt. No. 214). Having considered the Joint Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that all claims and counterclaims in the above-styled action are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that no party may seek or recover attorney's fees or costs from any other party. The Clerk is directed to **CLOSE** the above-styled action.

So **ORDERED** and **SIGNED** this 1st day of April, 2019.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE